**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Short-Term Income Fund; PFI Money Market Fund; PFI Preferred Securities Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Money Market Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; and PVC Short-Term Income Account; <br><br>                  Plaintiffs, <br>v. <br><br>Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group PLC; The | Civil Case No. 4:13-00334-RP/RAW <br><br><br>**NOTICE OF APPEARANCE OF** <br>**JOEL A. MINTZER** <br><br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG;<br><br>           Defendants. | |

## NOTICE OF APPEARANCE OF JOEL A. MINTZER

The undersigned attorney hereby notifies the Court and counsel that Joel A.

Mintzer shall appear as counsel of record for the above-captioned plaintiffs.

Dated: August 12, 2013          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                     /s/ Joel A. Mintzer

                     K. Craig Wildfang
                     Thomas B. Hatch
                     Thomas J. Undlin
                     Joel A. Mintzer (11427)
                     Stacey P. Slaughter
                     Thomas F. Berndt
                     2800 LaSalle Plaza
                     800 LaSalle Avenue South
                     Minneapolis, MN 55402–2015
                     (612) 349–8500
                     KCWildfang@rkmc.com
                     TBHatch@rkmc.com
                     TJUndlin@rkmc.com
                     JAMintzer@rkmc.com
                     SPSlaughter@rkmc.com
                     TFBerndt@rkmc.com

                     *Counsel for Plaintiffs*

84101177.1