# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Short-Term Income Fund; PFI Money Market Fund; PFI Preferred Securities Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Money Market Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; and PVC Short-Term Income Account; | Civil Case No. 4:13-00334-RP/RAW |

Civil Case No. 4:13-00334-RP/RAW

**MOTION FOR *PRO HAC VICE* ADMISSION FOR STACEY P. SLAUGHTER**

**JURY TRIAL DEMANDED**

Plaintiffs,

v.

Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.;

| | |
|---|---|
| Lloyds Banking Group PLC; The Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG;<br><br>Defendants. | |

## Motion for *Pro Hac Vice* Admission for Stacey P. Slaughter

Stacey P. Slaughter, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.  Stacey P. Slaughter states that she is a member in good standing of the bar of the State of Minnesota and the United States District Court for the District of Minnesota and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her *pro hac vice* representation in this case.

Stacey P. Slaughter further states she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Joel A. Mintzer, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated: August 14, 2013          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/  Stacey P. Slaughter

K. Craig Wildfang
Thomas B. Hatch
Thomas J. Undlin
Joel A. Mintzer (11427)
Stacey P. Slaughter
Thomas F. Berndt
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402–2015
(612) 349–8500
KCWildfang@rkmc.com
TBHatch@rkmc.com
TJUndlin@rkmc.com
JAMintzer@rkmc.com

SPSlaughter@rkmc.com
TFBerndt@rkmc.com

*Counsel for Plaintiffs*

84099881.1